```
                   UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                            Criminal No. 09-cr-174-01-JD

Patrick McKeen

O R D E R

The assented to motion to reschedule jury trial (document no. 15) filed by defendant McKeen is granted; Trial is continued to the two-week period beginning February 17, 2010, 9:30 as to both defendants Patrick McKeen and Clint Pickering.

Defendant McKeen shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                        **_/s/ Joseph A. DiClerico, Jr._**
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date: November 23, 2009

cc:   Jessica Brown, Esq.
      Alexander Cain, Esq.
      Donald Feith, Esq.
      U.S. Marshal
      U.S. Probation