UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                           Criminal No. 09-cr-174-01-JD

Patrick McKeen

O R D E R

The assented to motion to reschedule jury trial (document no. 26) filed by defendant McKeen is granted; Trial is continued to the two-week period beginning Wednesday, March 17, 2010, 9:30 AM as to both defendants Patrick McKeen and Clint Pickering.

Defendant McKeen shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                                         /s/ Joseph A. DiClerico, Jr.
                                                                          Joseph A. DiClerico, Jr.
                                                                          United States District Judge

Date: February 10, 2010

cc: Mark Howard, Esq.
     Alexander Cain, Esq.
     Donald Feith, Esq.
     U.S. Marshal
     U.S. Probation